IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>DAVID RAUSCH, )<br>)<br>Defendant(s). ) | Case No. 3:20-cv-00728<br>Judge Campbell/Frensley |

## **O R D E R**

The judges of this Court agree that a final decision in *Does #1-8 v. William B. Lee, et al.*, Case No. 3:21-cv-00590, now pending before Judge Aleta A. Trauger, may inform the disposition of this matter. Therefore, in the interest of judicial economy, this case is or shall remain ADMINISTRATIVELY CLOSED pending final judgment in *Does #1-8*.

The Clerk of Court is DIRECTED to TERMINATE all pending motions without prejudice to refiling upon reopening of the case.

No later than 28 days after the entry of final judgment in *Does #1-8*, including after appeal, the parties shall file a joint status report notifying the Court of any resolution of this case or, if this matter remains active, filing a joint proposed case management order addressing all litigation deadlines and including a statement by each party of how the final judgment in *Does #1-8* affects its position in this case.

No party shall file any motion in this case before it is reopened except with leave of Court.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge